In the Matter of the Accounting of ROBERT HAUGHEY et al., as Executors of HERMAN J. MULLER, Deceased, Respondents. PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, as Trustee under the Will of HERMAN J. MULLER, Deceased, Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

PENICK & FORD, LTD., Incorporated, Appellant, v. BALFOUR, GUTHRIE & COMPANY, LIMITED, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.

EMILIA BERGKVIST, Appellant, v. SUPREME COUNCIL OF THE ROYAL ARCANUM, Respondent.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [182 Misc. 252.] [See post, p. 894.]

GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under a Trust Agreement Made by DUANE ARMSTRONG and Another, Appellant, v. JANE L. ARMSTRONG, Respondent, et al., Defendants.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Martin, P. J. and Cohn, J., dissent and vote to reverse the judgment insofar as it adjudges that Jane L. Armstrong effectively revoked the trust as to one half of the trust property.

LAURA GOLDBERG, an Infant, by SAM GOLDBERG, Her Guardian ad Litem, et al., Respondents-Appellants, v. ABE FRANKEL et al., Appellants, and ARTHUR W. MARTENSEN et al., Defendants-Respondents.— Judgment affirmed, with costs to the plaintiffs against the defendants Abe Frankel and Emile Schmitt, and with costs to the defendants Arthur W. Martensen and Melvin Martensen against the plaintiffs. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Glennon, J., dissent as to the defendant Abe Frankel and vote to reverse and dismiss the complaint as against him and otherwise affirm.

In the Matter of VINCENT J. KANE et al., on Behalf of Themselves and All Others Similarly Situated, Appellants, against PATRICK WALSH, as Fire Commissioner and Chief of the Fire Department of the City of New York, Respondent. Orders unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [181 Misc. 513; 181 Misc. 594.] [See post, p. 769.]

EVA ALEXANDER, Respondent, v. ELSE K. LA ROE, Appellant.— Judgment and order unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $5,166.10; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

GEORGE J. PURCE, Respondent, v. DELIA BRADIN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

STEEL UNION-SHEET PILING, INC., Appellant, v. CHEMICAL BANK & TRUST COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK LEWIS, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not estab-

lished beyond a reasonable doubt. (See *People* v. *Carpenito*, 292 N. Y. 498.) Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BURNS, Appellant.— Judgment unanimously reversed, the information dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. (See *People* v. *Carpenito*, 292 N. Y. 498.) Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE CALDERON, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

CHARLES C. REUBEL et al., Respondents, et al., Plaintiffs, v. THOMAS LEWIS, Individually and as President of Local No. 32-E of the Building Service Employees International Union, A. F. of L., Appellant, et al., Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See *post*, p. 773.]

HENRY VOLLMER, JR., as Trustee in Bankruptcy of CASPER M. BOWER, Appellant, v. WALTER SELIGMAN, Respondent.— Judgment, so far as appealed from, and the order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See *post*, p. 858.]

SAMUEL SACKHEIM, Suing for Himself as Stockholder and for All Other Stockholders of REITER-FOSTER OIL CORPORATION, Appellant, v. REITER-FOSTER OIL CORPORATION et al., Respondents, et al., Defendants.— Order unanimously reversed, with twenty dollars costs and disbursements and the motion denied, with leave to the defendants-respondents to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ. [See *post*, p. 772.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAURICE COHEN, Appellant.— Judgment unanimously reversed, the complaint dismissed and the fine remitted, on the ground that the guilt of the defendant was not established beyond a reasonable doubt. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMANUEL HOROWITZ, Respondent, against MARY NEMEIZER, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

WILLIAM HARTNAGEL, Respondent, v. JOSEPH VISCEGLIA et al., Appellants.— Order reversed, with twenty dollars costs and disbursements, and the motion to dismiss granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.; Cohn, J., dissents and votes to affirm.

In the Matter of RAY DREYER et al., Appellants. 94 SEVENTH AVENUE, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of FRANK VOLK, Respondent. EBERHARDT VOLK et al., Appellants. (Appeals Nos. 1 and 2.) In the Matter of FRANK VOLK, Respondent. EBERHARDT VOLK, Appellant. (Appeal No. 3.) — Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.